THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGIOS BOBORIS, Appellant. [614 NYS2d 275] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Mallon, J.), rendered March 11, 1992, convicting him of attempted sodomy in the first degree and sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]). Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88).

We have examined the defendant's remaining contentions

and find them to be without merit. Balletta, J. P., Copertino, Friedmann and Goldstein, JJ., concur.